Dismissed and Memorandum Opinion filed August 24, 2006













 

Dismissed
and Memorandum Opinion filed August 24, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00133-CR

____________

 

DIANNA ALBERT, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 





 

On Appeal from the
262nd District Court

Harris County,
Texas

Trial Court Cause No.
699,314

 





 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because
this Court has not delivered an opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue
the mandate of the Court immediately.

PER CURIAM

 

Judgment rendered and Memorandum Opinion
filed August 24, 2006.

Panel consists of Chief Justice
Hedges and Justices Seymore and Guzman.

Do not publish C Tex. R. App. P. 47.2(b).